**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

LUCILLE MATTHEWS,

Plaintiff,

v.

RECEIVABLE RECOVERY
SERVICES, LLC,

Defendant.

Case No. 4:24-cv-00077-AWA-DEM

## **MOTION FOR LEAVE TO WITHDRAW AS PLAINTIFF'S COUNSEL**

**NOW COMES** Attorney Phoenix Ayotte ("Withdrawing Counsel") and respectfully requests that this Honorable Court permit Withdrawing Counsel to withdraw as counsel of record for Plaintiff Lucille Matthews ("Plaintiff"). The grounds for the withdrawal are set forth in the accompanying Memorandum.

Dated: September 6, 2024

Respectfully submitted,

By: s/ Phoenix S. Ayotte Esq.
Phoenix S. Ayotte, Esq.
VA Attorney I.D.#760094740
20th Rd N, Unit 3404, Arlington, VA 22207
Telephone: (440) 529-9144
phoenix@guardslaw.com
legal@guardslaw.com

1

## CERTIFICATE OF SERVICE

I, Phoenix Ayotte, certify that on September 6, 2024, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

**Andrew Biondi, Esquire (VSB No.48100)**
SANDS ANDERSON PC
919 East Main Street, Floor 23
Richmond, Virginia 23218-1998
(804) 783-7265 (telephone)
abiondi@sandsanderson.com
**Jesse M. Tillman, III**
FROST ECHOLS, LLC
224 Oakland Avenue,
Rock Hill, SC 29730
Main: 803.329.8984
jay.tillman@FrostEchols.com
*Counsel for Defendant*

Also being sent to Plaintiff, Lucille Matthews via certified Mail to last known address:

**Lucille Matthews**
10984 Woods Cross, Rd, Gloucester, Virginia 23061


*/s/ Phoenix Ayotte*